# EXHIBIT A

| | |
|---|---|
| County Court Adams County, Colorado<br>Court Address:<br>1100 Judicial Center Dr,<br>Brighton, CO 80601 | |
| Plaintiff(s): Romeo Magalong<br><br>v.<br><br>Defendant(s): Trans Union, LLC | ▲ **COURT USE ONLY** ▲ |
| Attorney for Plaintiff:<br>Matthew R. Osborne #40835<br>10465 Melody Dr, Ste 325<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br><br>Division          Courtroom |

## COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

1. Defendant Trans Union, LLC ("TU") is located at 555 W ADAMS ST, CHICAGO, IL 60661.
2. The amount claimed herein does not exceed the jurisdiction of the court.
3. Such claim arises from the following event(s) or transaction(s):

    Plaintiff is an individual consumer who resides in Colorado. TU is a consumer reporting agency. Plaintiff received his Ch. 13 bankruptcy discharge on 12/29/2015. Plaintiff recently attempted to refinance his home, and was denied due to inaccurate information on his credit reports. As of 3/2017, Defendant was reporting a pre-bankruptcy HSBC Bank judgment with an inaccurate status. By operation of law, 11 U.S.C. § 524 voids any pre-bankruptcy judgments, and TU should have reported the judgment as voided. Further, TU was reporting a pre-bankruptcy Credit Union of Denver account with a charge-off status, when the account was not charged off at the time Plaintiff filed bankruptcy. Further, TU was reporting that the Credit Union of Denver account still had a balance due and owing after Plaintiff's discharge, when the correct way to report it is balance $0. TU failed to maintain and follow reasonable procedures to ensure the maximum possible accuracy of the information contained within Plaintiff's credit file. TU willfully and negligently violated the Fair Credit Reporting Act (FCRA), section 15 U.S.C. § 1681e(b). TU's violations of the FCRA caused Plaintiff actual damages such as reduction in credit score, lost credit opportunities, harm to reputation, inconvenience, and emotional distress. Plaintiff seeks actual damages, punitive damages, attorney fees and costs.

4. The Defendant(s) ☐ is (are) ☒ is not (are not) in the military service of the United States. In support of this statement, the Plaintiff(s) set(s) forth the following facts: Defendants are all corporations or LLCs.
5. The Plaintiff(s) ☐ does (do) ☒ does (do) not demand trial by jury (if demand is made, a jury fee must be paid).

**WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.**

s/ Matthew R. Osborne
Attorneys for Plaintiff

CRCCP FORM 2   6/00   COMPLAINT UNDER SIMPLIFIED CIVIL PROCEDURE

| County Court Adams County, Colorado<br>Court Address:<br>1100 Judicial Center Dr,<br>Brighton, CO 80601 | |
|---|---|
| Plaintiff(s): Romeo Magalong<br><br>v.<br><br>Defendant(s): Trans Union, LLC | ▲ **COURT USE ONLY** ▲ |
| Attorney for Plaintiff:<br>Matthew R. Osborne #40835<br>10465 Melody Dr, Ste 325<br>Northglenn, CO 80234<br>Phone Number: 303-759-7018<br>E-mail: matt@mrosbornelawpc.com | Case Number:<br><br><br>Division          Courtroom |

## SUMMONS

**To the above named Defendant(s): Take notice that**

1. On April 12, 2017 at 08:30 AM in the Adams County Court, 1100 Judicial Center Dr, Brighton, Colorado, if an answer is not filed, the Court may be asked to enter judgment against you as set forth in the Complaint.

2. A copy of the Complaint against you and an answer form which you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at 1100 Judicial Center Dr, Brighton, Colorado, at the above date and time and file the answer stating any legal reason you have why judgment should not be entered against you, OR
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must give or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file an answer, then the Court may enter a default judgment against you for the relief requested in the complaint.

7. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

8. If you want to file an answer or request for a jury trial and you are indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated this 15th day of March, 2017.

s/ Matthew R. Osborne #40835
10465 Melody Dr, Ste 325
Northglenn, CO 80234
Phone Number: 303-759-7018
E-mail: matt@mrosbornelawpc.com