UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number 1:17-cv-00862-PAB-STV

ROMEO MAGALONG,
    Plaintiff,

v.

TRANS UNION, LLC,
    Defendant.

___

**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**

___

Plaintiff Romeo Magalong has announced to the Court that all matters in controversy against Defendant Trans Union, LLC have been resolved. A Stipulation to Dismiss Case with Prejudice has been signed and filed with the Court. Having considered the Stipulation, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Romeo Magalong against Defendant Trans Union, LLC are in all respects dismissed with prejudice, with costs and attorneys' fees to be paid by the party incurring the same.

DATED this ___ day of _____, 20__.

    BY THE COURT:

    _____
    United States District Judge